

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2019

No. 04-18-00822-CR

Jake Eric **ALVARADO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 16-05-11980-CR
Honorable Camile Glasscock Dubose, Judge Presiding

# O R D E R

The State's brief was originally due to be filed on March 28, 2019. On April 1, 2019, the State filed a motion for extension of time to file its brief requesting a 90-day extension of the deadline. By order dated April 3, 2019, this court granted the motion; however, our order stated, "Given the length of the extension, **THIS IS THE FINAL EXTENSION OF TIME THAT THE STATE WILL BE GRANTED**."

On June 26, 2019, the State filed a second motion for extension of time to file its brief based on two recent deaths in the immediate family of the attorney representing the State. The motion is GRANTED; however, given the length of the extensions granted to date, **THIS IS THE FINAL EXTENSION OF TIME THAT THE STATE WILL BE GRANTED**. The State's brief must be filed no later than July 26, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court